Mopsick & Williams, LLP
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 220
Sacramento, California  95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DEBORAH MURILLO<br><br>            Defendant. | Case No. 2:09-cr-00357-GEB-0l<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

Stipulation

The parties are in the process of negotiating a plea agreement and believe this case will be resolved short of trial.  There are numerous tax returns which the Defendant is in the process of preparing to submit to the Internal Revenue Service as part of this settlement, and to accurately determine the Defendant's tax liability for the years in issue.  That matter may affect the amount of loss calculation and, as a result, the parties' plea negotiations.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for October 9, 2009, may be continued to November 6, 2009 at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of November 6, 2009, pursuant to

1

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4 for counsel preparation and because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

Dated:  October 2, 2009                    MOPSICK & WILLIAMS, LLP

             by   s/s Betty J. Williams
                Betty J. Williams
                Attorney for Defendant
                Deborah Murillo

Dated:  October 2, 2009                    LAWRENCE G. BROWN
                United States Attorney

             by   s/s Betty J. Williams for
                Samantha S. Spangler
                Assistant U.S. Attorney

<u>Order</u>

Good cause appearing, the status conference scheduled for October 9, 2009 is ordered continued to November 6, 2009, at 9:00 a.m.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of November 6, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated:  October 2, 2009

              GARLAND E. BURRELL, JR.
              United States District Judge