Mopsick & Williams, LLP
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 220
Sacramento, California  95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DEBORAH MURILLO<br><br>  Defendant. | Case No. 2:09-cr-00357-GEB-0l<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

<u>Stipulation</u>

The parties are in the process of negotiating a plea agreement and believe this case will be resolved short of trial.  There are numerous tax returns which the Defendant recently submitted to the Internal Revenue Service as part of this settlement, which the Internal Revenue Service must now review to accurately determine the Defendant's tax liability for the years in issue.  That matter may affect the parties' plea negotiations.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for November 6, 2009, may be continued to December 18, 2009 at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of December 18, 2009, pursuant

to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4 for counsel preparation and because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

Dated: November 4, 2009               MOPSICK & WILLIAMS, LLP

                                by    s/s Betty J. Williams
                                      Betty J. Williams
                                      Attorney for Defendant
                                      Deborah Murillo

Dated: November 4, 2009               LAWRENCE G. BROWN
                                      United States Attorney

                                by    s/s Betty J. Williams for
                                      Samantha S. Spangler
                                      Assistant U.S. Attorney

## Order

Good cause appearing, the status conference scheduled for November 6, 2009 is ordered continued to December 18, 2009, at 9:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of December 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: November 5, 2009

GARLAND E. BURRELL, JR.
United States District Judge