```
BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:09-cr-357 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| DEBORAH MURILLO, | ) | |
| Defendant. | ) | |

## Stipulation

The parties are in the process of negotiating a plea agreement and believe the case will resolve short of trial.  The IRS Revenue Agent is in the process of reviewing tax returns prepared by the defendant for the indicted time frame.  After receiving that Agent's report, the prosecutor will prepare and submit to defense counsel a proposed plea agreement, who will need time to review it with the defendant.  Therefore, the parties, through undersigned counsel, stipulate that the status conference may be continued from December 18, 2009, to Friday, February 5, 2010, at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of February 5, 2010, pursuant to 18

1

U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: December 16, 2009                BENJAMIN B. WAGNER
                                        United States Attorney

                                   by   /s/ Samantha S. Spangler.
                                        Samantha S. Spangler
                                        Assistant U.S. Attorney


DATED: December 16, 2009           by   /s/ Betty J. Williams for
                                        Betty J. Williams
                                        Counsel for Defendant
                                        Deborah Murillo


                                Order

The status conference scheduled for December 18, 2010, is continued to February 5, 2010, at 9:00 a.m.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of February 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Dated: December 18, 2009

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge