BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-357 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| DEBORAH MURILLO, | |
| Defendant. | |

Stipulation

The parties are continuing the process of negotiating a plea agreement and continue to believe the case will resolve short of trial. The IRS Revenue Agent reviewed the initial tax returns prepared by the defendant for the indicted time frame. In light of that agent's report, the defendant amended some of the returns and re-submitted them. The Revenue Agent needs time to review them. This process relates to the determination of the amount of loss, which drives the sentencing guidelines in this case. After hearing from the Revenue Agent, the prosecutor will prepare and submit a proposed plea agreement to defense counsel, who will need time to review it with the defendant. Therefore, the parties, through

1

undersigned counsel, stipulate that the status conference may be continued from March 12, 2010, to Friday, May 7, 2010, at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of May 7, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: March 8, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney


                                  by    /s/ Samantha S. Spangler
                                        Samantha S. Spangler
                                        Assistant U.S. Attorney


DATED: March 8, 2010              by    /s/ Samantha S. Spangler for
                                        Betty J. Williams
                                        Counsel for Defendant
                                        Deborah Murillo


## Order

Good cause appearing, the status conference scheduled for March 12, 2010, is continued to Friday, May 7, 2010, at 9:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status

conference date of May 7, 2010, pursuant to 18 U.S.C. §
3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: March 15, 2010

GARLAND E. BURRELL, JR.
United States District Judge