Mopsick & Williams, LLP
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 220
Sacramento, California  95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH MURILLO<br><br>Defendant. | Case No. 2:09-cr-00357-GEB-0l<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

### Stipulation

The parties are continuing the process of negotiating a plea agreement and continue to believe the case will resolve short of trial. The IRS Revenue Agent reviewed the initial tax returns prepared by the defendant for the indicted time frame. In light of that agent's report, the defendant amended some of the returns and re-submitted them. The Revenue Agent is in the process of reviewing the amended returns, and determining for defense counsel numerous entries on the Defendant's IRS account transcripts.  This process relates to the accurate determination of the amount of tax loss, which drives the sentencing guidelines in this case. After hearing from the Revenue Agent, the prosecutor will prepare and submit a proposed plea agreement to defense counsel, who will need time to review it with the defendant. Therefore, the parties, through undersigned counsel, stipulate that the status conference may be continued from May 7, 2010, to Friday, June 25, 2010, at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of June 25, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Plaintiff's counsel has authorized defense counsel to sign this stipulation on her behalf.

Dated:  May 4, 2010                                    MOPSICK & WILLIAMS, LLP

                                                by    s/s Betty J. Williams
                                                      Betty J. Williams
                                                      Attorney for Defendant
                                                      Deborah Murillo

Dated:  May 4, 2010                                    LAWRENCE G. BROWN
                                                       United States Attorney

                                                by    s/s Betty J. Williams for
                                                      Samantha S. Spangler
                                                      Assistant U.S. Attorney

## Order

Good cause appearing, the status conference scheduled for May 7, 2010 is ordered continued to June 25, 2010, at 9:00 a.m.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of June 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated:  May 5, 2010

GARLAND E. BURRELL, JR
United States District Judge