Mopsick & Williams, LLP
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 220
Sacramento, California  95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DEBORAH MURILLO<br><br>            Defendant. | Case No. 2:09-cr-00357-GEB-0l<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

Stipulation

The parties are continuing the process of negotiating a plea agreement and continue to believe the case will resolve short of trial. The IRS Revenue Agent reviewed the initial tax returns prepared by the defendant for the indicted time frame. In light of that agent's report, the defendant amended some of the returns and re-submitted them. The Revenue Agent reviewed the amended returns and determined the accurate amount of tax loss, which drives the sentencing guidelines in this case.  The prosecutor recently prepared and submitted a proposed plea agreement to defense counsel, however defense counsel needs time to review the proposed plea agreement with the defendant.  Therefore, the parties, through undersigned counsel, stipulate that the status conference may be continued from June 25, 2010, to Friday, August 6, 2010, at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of August 6, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Plaintiff's counsel has authorized defense counsel to sign this stipulation on her behalf.

Dated: June 23, 2010                                MOPSICK & WILLIAMS, LLP

                                            by   /s/ Betty J. Williams
                                                 Betty J. Williams
                                                 Attorney for Defendant
                                                 Deborah Murillo

Dated: June 23, 2010                                LAWRENCE G. BROWN
                                                    United States Attorney

                                            by   /s/ Betty J. Williams for
                                                 Samantha S. Spangler
                                                 Assistant U.S. Attorney

<u>Order</u>

Good cause appearing, the status conference scheduled for June 25, 2010 is ordered continued to August 6, 2010, at 9:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of August 6, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

6/26/10

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge