Mopsick & Williams, LLP
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 220
Sacramento, California 95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DEBORAH MURILLO<br><br>             Defendant. | Case No. 2:09-cr-00357-GEB-0l<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

Stipulation

The parties are continuing the process of negotiating a plea agreement and continue to believe the case will resolve short of trial. The IRS Revenue Agent reviewed the initial tax returns prepared by the defendant for the indicted time frame. In light of that agent's report, the defendant amended some of the returns and re-submitted them. The Revenue Agent reviewed the amended returns and determined the accurate amount of tax loss, which drives the sentencing guidelines in this case. The prosecutor recently prepared revisions to the proposed plea agreement and provided it to defense counsel. Defense counsel needs time to review the proposed plea agreement with the defendant. Therefore, the parties, through undersigned counsel, stipulate that the status conference may be continued from September 3, 2010, to Friday, October 15, 2010, at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of October 15, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Plaintiff's counsel has authorized defense counsel to sign this stipulation on her behalf.

Dated: September 2, 2010             MOPSICK & WILLIAMS, LLP

                                  by  /s/ Betty J. Williams
                                      Betty J. Williams
                                      Attorney for Defendant
                                      Deborah Murillo

Dated: September 2, 2010             LAWRENCE G. BROWN
                                     United States Attorney

                                  by  /s/ Betty J. Williams for
                                      Samantha S. Spangler
                                      Assistant U.S. Attorney

## Order

Good cause appearing, the status conference scheduled for September 3, 2010 is ordered continued to October 15, 2010 at 9:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of October 15, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: September 2, 2010

                                     GARLAND E. BURRELL, JR.
                                     United States District Judge